Civil- (Dec-2008)

HONORABLE: Janet Bond Arterton
DEPUTY CLERK: Donna Barry
RPTR/ECRO/TAPE: Melissa Cianciullo
TOTAL TIME: 1 hours 41 minutes
DATE: 05/04/2020   START TIME: 3:34 p.m.   END TIME: 5:15 p.m.
LUNCH RECESS   FROM:   TO:
RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:20-cv-00534-JBA (see notes below)

Tre McPherson et al.
vs
Ned Lamont et al.

Elana Spungen Bildner
Plaintiff's Counsel

Terrence M. O'Neill
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing
☐ Show Cause Hearing
☐ Evidentiary Hearing
☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ .....#15  Motion for Temporary Restraining Order           ☐ granted ☐ denied ☑ advisement
☑ .....#26  Motion to Dismiss for Lack of Jurisdiction       ☐ granted ☐ denied ☑ advisement
☐ .....#____ Motion                                          ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion                                          ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion                                          ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion                                          ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion                                          ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion                                    ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion                                    ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion                                    ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion                                    ☐ granted ☐ denied ☐ advisement
☐ .....       ☐ Briefs(s) due _____  ☐ Proposed Findings due _____  Response due _____
☐ ..........  _____     ☐ filed ☐ docketed
☐ ..........  _____     ☐ filed ☐ docketed
☐ ..........  _____     ☐ filed ☐ docketed
☐ ..........  _____     ☐ filed ☐ docketed
☐ ..........  _____     ☐ filed ☐ docketed
☐ ..........  _____     ☐ filed ☐ docketed
☐ ..........  _____ Hearing continued until _____ at _____

Notes: Also case number 3:20-cv-00528-JBA re. Thaddeus Lowery v. Rollin Cook