UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

McPherson,
    *Plaintiff*,

v.                                                     Civil No. 3:20cv534 (JBA)

Lamont,
    *Defendant*.

ORDER OF REFERRAL TO A MAGISTRATE JUDGE

This matter is randomly referred to a Magistrate Judge for the purpose of expediting scheduling and discovery.

IT IS SO ORDERED.
/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   May 7, 2020