UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRE MCPHERSON, ET AL., : CIVIL NO. 3:20-CV-0534 (JBA)
 *Petitioner*s, :
  :
 v. :
  :
NED LAMONT, ET AL., :
 *Respondents.* : MAY 19, 2020

**NOTICE OF SERVICE OF**
**RESPONDENTS' FIRST SET OF REQUESTS FOR ADMISSIONS**

 Respondents respectfully give Notice they have served, pursuant to Rules 26 and 36 of the

Federal Rules of Civil Procedure,  their First Set of Requests for Admissions to the  Petitioners

("Petitioners")  Tre McPherson, Pattikate Williams-Void, John Doe, John Roe, and Thomas Caves

and request that Petitioners respond in the time and manner prescribed by the court Order dated May

11, 2020, requiring that the parties stipulate to facts not in dispute, and adopt other methods to

streamline the presentation of evidence at the hearing, and thus, it is requested that the Petitioners

respond **no later than 12:00 PM on Wednesday May 20, 2020.**

   RESPONDENTS,

   NED LAMONT, *et al*,

   WILLIAM TONG
   ATTORNEY GENERAL

  BY: _____
   _____
   James M. Belforti
   Assistant Attorney General
   110 Sherman Street
   Hartford, CT  06105
   Tel:  (860) 808-5450
   Fax:  (860) 808-5591
   Federal Bar No. ct30449
   E-Mail:  james.belforti@ct.gov

BY:____/s/ Terrence M. O'Neill_____

      Terrence M. O'Neill
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct10835
      E-Mail: Terrence.oneill@ct.gov
      Tel: (860) 808-5450
      Fax: (860) 808-5591

BY: _/s/ Steven R. Strom_____

      Steven R. Strom
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT 06105
      Tel.:  (860) 808-5450
      Fax:  (860) 808-5591
      Federal Bar #ct01211
      E-Mail:  steven.strom@ct.gov

BY:____/s/ James W. Donohue_____

      James W. Donohue
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct28566
      E-Mail:  james.donohue@ct.gov
      Tel: (860) 808-5450

## **CERTIFICATION**

      I hereby certify that on May 19, 2020 a copy of the foregoing was filed electronically with the Court. Notice of  service  will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    _/s/ Steven R. Strom_____

      Steven R. Strom
      Assistant Attorney General