```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2


 3   _____
                                    )
 4   TRE McPHERSON, ET AL.,         )
                                    ) No. 3:20-CV-00534-JBA
 5              Plaintiffs,         )
                                    ) June 6, 2020
 6   v.                             )
                                    ) 3:08 p.m.
 7                                  )
                                    ) 141 Church Street
 8   NED LAMONT, ET AL.,            ) New Haven, Connecticut
                                    )
 9              Defendants.         )
                                    )
10   _____)

11

12

13         TELEPHONE SETTLEMENT CONFERENCE

14

15

16   B E F O R E:

17         THE HONORABLE WILLIAM I. GARFINKEL, U.S.M.J.

18

19

20

21

22              Official Court Reporter:
                Melissa J. Cianciullo, RMR, CRR, CRC
23              (203) 606-1794

24              Law Clerk:
                Alyssa Esposito
25              (203) 579-5725
```

```
 1   A P P E A R A N C E S:

 2   For the Plaintiffs:

 3        Dan Barrett, Esq.
          Elana Bildner, Esq.
 4        ACLU Foundation of Connecticut
          765 Asylum Avenue, 1st Floor
 5        Hartford, CT 06105
          (860) 471-8471
 6        Email: dbarrett@acluct.org
                 ebildner@acluct.org
 7
          Will Sachse, Esq.
 8        Dechert LLP
          Cira Centre, 2929 Arch Street
 9        Philadelphia, PA 19104-2808
          (215) 994-2496
10        Email: will.sachse@dechert.com

11

12   For the Defendants:

13        Terrence M. O'Neill, Esq.
          James Michael Belforti, Esq.
          James W. Donohue, Esq.
14        Steven R. Strom, Esq.
          Office of the Attorney General
15        110 Sherman Street
          Hartford, CT 06105
16        (860) 808-5450
          Email: terrence.oneill@ct.gov
17               james.belforti@ct.gov
                 james.donohue@ct.gov
18               steven.strom@ct.gov

19

20   Also Present:

21        Nicole J. Anker, Esq.
          Connecticut State Department of Correction

22

23

24

25
```

```
1              THE COURT:  Hi.  It's Bill Garfinkel.
2   Alyssa, I know you're on.  Has Melissa joined us yet?
3              THE CLERK:  She is.  We're still waiting for
4   Will to appear, Judge.
5              THE COURT:  Okay.  No problem.
6              THE CLERK:  Everyone else can identify
7   themselves for you, Judge, and for the record.
8              THE COURT:  Why don't we do that.  So on from
9   my chambers, I'm William Garfinkel, United States
10  Magistrate Judge, with Alyssa Esposito.
11             We and here in the case of McPherson, et al.
12  V. Lamont, et al., and the docket number is
13  3:20-CV-534, and the case is assigned to Judge Janet
14  Arterton in New Haven.
15             And while we're waiting for one additional
16  person, maybe we could get appearances at this point.
17  Let's start with a team that I think is actually
18  complete right now which is for the defendants.  And
19  if you could identify yourselves, please, for the
20  court reporter and the record.
21             MR. O'NEILL:  Sure.  Good afternoon, Your
22  Honor.  Terrence O'Neill, Assistant Attorney General
23  for the defendants.
24             MR. STROM:  Good afternoon, Your Honor.
25  Steven Strom, Assistant Attorney General for the
```

1    defendants.

2         MR. DONOHUE:  Attorney James Donohue,

3    Assistant Attorney General for the defendants.

4         THE COURT:  Anybody else for the defendants?

5         MR. BELFORTI:  Yes, Attorney --

6         THE COURT:  I'm sorry.  Jamie, I think I

7    interrupted you.  I think James identified himself

8    for the record.

9         Anybody else for the defendants?

10         MR. BELFORTI:  Yes, Your Honor.  Good

11    afternoon.  This is James Belforti, Assistant

12    Attorney General.

13         THE COURT:  Okay.  Thanks.

14         MR. O'NEILL:  Your Honor, we have Nicole

15    Anker from -- legal director with the Department of

16    Corrections with us as well.  Nicole, you're there?

17         THE COURT:  Nicole?

18         MS. ANKER:  I'm sorry.  Yes, I am.

19         THE COURT:  Okay.  Thanks, Nicole.  Okay.

20         MS. ANKER:  Can you guys hear me?

21         THE COURT:  We can.  We can.  And then for

22    the plaintiff, let me start with Dan Barrett.  And,

23    Dan, do you want to take over and start the

24    introductions of folks on your end?

25         MR. BARRETT:  Yes, Your Honor.  This is Dan

1   Barrett for the ACLU Foundation of Connecticut for

2   the plaintiffs.  And I'll let my colleagues pipe up

3   now.

4          THE COURT:  Thank you.

5          MS. BILDNER:  Your Honor, this is Elana

6   Bildner of the ACLU Foundation of Connecticut for the

7   plaintiff as well.

8          THE COURT:  Thank you.

9          MR. SACHSE:  Your Honor, Will Sachse from

10  Dechert LLP on behalf of the plaintiffs.

11         THE COURT:  Oh, good.  Thanks, Will.  Yup.

12  So, Dan, Elana, Will, is there anybody else with you

13  on your side?

14         MR. SACHSE:  This is Will.  I don't know.

15  Perhaps.

16         THE COURT:  Okay.  I think not at this point.

17  But do we have enough to proceed?  Is everybody okay

18  with going forward?

19         MR. SACHSE:  We do, Your Honor.  And this is

20  Will Sachse again.

21         THE COURT:  Great.  Okay.  So let me just

22  give you my understanding, that counsel for both

23  sides have been working very long hours over the last

24  many days to see if they could reach an agreement in

25  this case, the federal case, which would also have

1    some implications for a related state matter.

2            And the -- I think what -- my understanding

3    is that counsel have been exchanging drafts as well

4    as some follow-up phone calls and that we're at the

5    point where we could put a working agreement on the

6    record and then can discuss how to follow up over the

7    next few days.

8            I just wanted to be sure that everybody is in

9    sync.

10           So let me ask maybe Terry, is there a

11   document at this point, a draft that everybody is

12   working from?

13           MR. O'NEILL:  I believe there is, Your Honor,

14   yes.  Attorney Sachse just sent it to me.  It bears

15   the signatures of counsel on the call today, and I

16   didn't look at his e-mail to see if he sent it to the

17   Court or not.  But it's -- based on my review of the

18   document, Your Honor, we have a signed settlement

19   agreement.

20           THE COURT:  Okay.  And it was sent this

21   afternoon just a little while ago?

22           MR. O'NEILL:  Yeah.  The e-mail from Attorney

23   Sachse to me, Your Honor, is 3:09 p.m.

24           THE COURT:  Okay.

25           MR. O'NEILL:  And if it pleases the Court,

```
 1   I'm sure that either of us could send it to you as
 2   well.
 3          THE COURT:  Sure.  Let me ask Will, are you
 4   working from the same document, the document that you
 5   sent to Terry by e-mail just a little while ago?
 6          MR. SACHSE:  Yes, we are.  And just to -- I
 7   don't want to get too much into the sausage making.
 8   But essentially what happened was Mr. O'Neill sent
 9   along the final version with all of the signatures on
10   his end attached.  I went through it and I attached
11   or appended the signatures on behalf of the plaintiff
12   and sent it back.  And so as far as we're concerned,
13   that is a signed, final agreement.
14          And as Your Honor mentioned, one of the, sort
15   of, next steps, I guess, immediate next steps is to
16   deal with the withdrawal of the appeal in the CCDLA
17   case, that's the state case.  And my understanding is
18   that we have started that process to make that happen
19   in accordance with the terms of the settlement
20   agreement.
21          THE COURT:  Okay.  Well, thank you.  And then
22   with respect to the federal case, are you guys
23   contemplating a stipulation of dismissal at some
24   point?
25          MR. O'NEILL:  Yes, we are, Your Honor.
```

1              THE COURT:  Okay.  And let me just ask a

2     procedural matter.  Is this -- is it a class

3     settlement that would require some sort of a notice

4     and fairness hearing or is it some other -- similar

5     to some other kind of procedural mechanism?

6              MR. SACHSE:  It is a class settlement.  And

7     so there would need to be -- I think we would need to

8     actually have sort of a pro forma motion for

9     settlement class and then a fairness hearing, is what

10    we're contemplating.

11             THE COURT:  Okay.  And I imagine that Judge

12    Arterton would handle that and then if she wishes,

13    certainly, she might refer part of that process out

14    to me.  But we can be in touch with her chambers,

15    which is the chambers actually that Melissa, our

16    court reporter, is working with.  And they can follow

17    up with whatever they think they should do

18    procedurally.

19             Let me ask another sort of practical

20    question.  Are there any -- in addition to the

21    settlement agreement itself, are there sort of any

22    corollary protective orders or other kinds of

23    agreements that -- you know, that are being entered

24    into along with it?

25             MR. SACHSE:  Yes, Your Honor.

1          MR. O'NEILL:  Yes, Your Honor.  Go ahead,

2    Will.  Sorry for interrupting.

3          MR. SACHSE:  No.  You --

4          MR. O'NEILL:  Your Honor, in addition to the

5    -- as part of the settlement agreement, there is --

6    the agreement creates a five-person monitoring panel,

7    and the members of that panel will be expected to

8    sign a confidentiality agreement.

9          THE COURT:  Okay.  We will -- by the way,

10   that was Terry O'Neill for the defendants on the

11   record.

12          Let me ask then and get some guidance from

13   all of you.  Do you want to go through -- you don't

14   have to necessarily read it verbatim but go through

15   for the record, you know, the essential terms with

16   the categories of issues.  Or another possibility is

17   definitely to say that everybody is working off of

18   the same draft, identify the people for each side who

19   signed it.  And then I can do a brief canvass of

20   folks that yes, indeed, that for those of you who

21   have signed it, you have authority on behalf of the

22   necessary parties and they've been informed and are

23   willing to enter into this binding agreement.

24          Terry, let me ask you first, any thoughts as

25   to how you want to proceed between or among the

1  various options of what we put on the record at this

2  point?

3          MR. O'NEILL:  Your Honor, I'm happy to

4  have -- I'm happy to have a summary or I'm happy -- I

5  know in a remote world now it's difficult, but I'm

6  just as happy, if it's easier for Your Honor, to have

7  us e-mail to you and have it become a court exhibit,

8  the final draft of the agreement, because of course

9  the agreement itself is not confidential.

10          THE COURT:  Right.  And that would be my

11  inclination.  You know, rather than do a rough job of

12  summarizing the essential points, all of which are

13  very well-known to all of the participants, what you

14  could do, with a cc to Will and his colleagues, is

15  send Alyssa and me a draft.  And, you know, everyone

16  will be expecting we're working off the same thing.

17  And we can make that, just for our purposes, as Court

18  Exhibit 1 which we can, you know, hold onto along

19  with the transcript of this phone call.  That would

20  be fine with me.

21          Will and Dan and Elana, is that okay with you

22  guys as well?

23          MR. SACHSE:  This is Will Sachse.  That would

24  be fine with us as well, Your Honor.  I would like

25  the opportunity to just for the record touch on the

1   process and just make sure that I thank the

2   appropriate people.  But I think in terms of the

3   specifics of the settlement, I don't think that we

4   need to sort of go paragraph by paragraph during this

5   call.

6           THE COURT:  Right.  Okay.  Well, Terry, then

7   let me ask you, if you could just identify the folks

8   who have signed for each side for the record.

9           MR. O'NEILL:  Yes, Your Honor.  I'm sorry.

10  I'm multitasking very poorly here sending the

11  document to you by e-mail.

12          For the defendants, the agreement has been

13  signed by myself and Assistant Attorneys Generals

14  Steven Strom, James Belforti and James Donohue.

15          For the plaintiffs, it was signed by

16  Attorneys Sachse, Barrett and Bildner.

17          THE COURT:  Okay.  And on the defense side,

18  Terry, Steve, Jamie and James, Mr. O'Neill has

19  identified you all as the signatories.  And is

20  that -- have each of you reviewed the document and

21  signed off to the final version that we're talking

22  about?

23          So, Steve, you're --

24          MR. STROM:  Yes, Your Honor.  This is Steve

25  Strom.  I did sign.

```
1            THE COURT:  And Jamie?

2            MR. BELFORTI:  Yes, Your Honor.  This is

3    James Belforti.  I've read it and signed it.

4            THE COURT:  And James?

5            MR. DONOHUE:  Yes, Your Honor.  This is James

6    Donohue.  I have read and signed as well.

7            THE COURT:  Nicole, let me you ask, you're

8    not counsel of record in the same way that the other

9    folks are.  But have you had a chance to go over it,

10   and is the Commissioner aware of the terms and is

11   willing to abide by them?

12           MS. ANKER:  Yes to both questions, Your

13   Honor.

14           THE COURT:  Okay.  And please, in addition to

15   thanking you on behalf -- I think maybe collectively

16   for all of us, thanks to the Commissioner who I think

17   has devoted, while a lot else is going on, a good

18   deal of time to this process and, you know, has

19   obviously been indispensable.

20           And, Will, on your side, I take it you've

21   read everything at one point of time and you're fine

22   with it and your clients are willing to agree with it

23   and be bound by it as well?

24           MR. SACHSE:  Your Honor, I've read it too

25   many times to count at this point.  And, yes, I
```

1    agree.  I've signed it and I agree with it.  We have

2    consulted with all of our -- the named plaintiffs and

3    we have gotten the consent of the named plaintiffs

4    and the authority to sign on their behalf.

5              THE COURT:  And Elana, true for you as well?

6              MS. BILDNER:   Yes, Your Honor.  That is

7    certainly true for me as well.

8              THE COURT:  And Dan?

9              MR. BARRETT:  Yes, Your Honor.  It's true for

10   me as well.

11             THE COURT:  Thank you.  And I know that

12   you've been very busy talking to folks, I think your

13   colleagues have as well, over with the Connecticut

14   Criminal Defense Lawyers as well as individual

15   clients.

16             And I did want to thank Mr. O'Neill and his

17   colleagues for making it possible for all of you on

18   the plaintiff's side to talk with individual clients

19   and communicate well with them despite everything

20   else that's going on.  I realize the effort that's

21   been involved on both sides in that regard and

22   couldn't be more appreciative.

23             So I think, actually, before we sign off, I

24   just wanted to give Will a chance to add, you know,

25   whatever you wanted to note at this point for the

```
 1   record and then I'll turn to Terry and his
 2   colleagues.
 3           MR. SACHSE:  Thank you, Your Honor.
 4           I did want to just state for the record that
 5   this settlement was tough.  It was a long, hard arm's
 6   length negotiation, but I think that all of that work
 7   really paid off in the end.  The product is an
 8   agreement that I think is fair and reasonable and
 9   will benefit the members of the punitive class and
10   also will buy peace and provide guidance to the state
11   and the Department of Corrections.
12           I want to especially thank Mr. O'Neill,
13   Mr. Strom, Mr. Donohue, Mr. Belforti, Ms. Anker.  I
14   know they've been putting in long hours working on
15   this and they have been professional.  They have
16   worked incredibly hard to meet us halfway, and I'm
17   really just thrilled that we were able to get this
18   done.
19           And, of course, I would be remiss if I didn't
20   thank you, Your Honor, because I think you were
21   instrumental in this and Alyssa, both of you were
22   instrumental in getting this done.
23           And also I should thank my colleagues who
24   were working very hard both behind the scenes and in
25   the line of fire often.
```

1          And, finally, I should say -- echo the thanks

2     that you extended to Commissioner Cook.  I think that

3     without his leadership, I'm not sure where we would

4     be on this today.  So I'm very, sort of, optimistic

5     that this is a good step forward for the state.  It's

6     a good resolution and, you know, we look forward to

7     presenting it to Judge Arterton and getting it

8     approved.

9          THE COURT:  Well, thank you, Will.  Well

10    said.

11         And for Alyssa and me, you know, we're very

12    glad to help.  And very much I want to say you're

13    welcome and very much appreciate that.

14         And, Terry, is there anything that you wanted

15    to add for your folks?

16         MR. O'NEILL:  Yes, please, Your Honor.

17         I want to echo many of Attorney Sasche's

18    comments.  It was -- I wish I could say it was a

19    pleasure, but it was certainly a respectful

20    experience for us to negotiate and litigate with Will

21    and his team at Dechert.

22         Dan and Elana, who we've dealt with in the

23    past and I'm sure we'll continue to deal with in the

24    future, we've hopefully developed mutual respect that

25    allows us to reach resolution whenever we can.  And I

1    think our experience here was that we weren't

2    fighting about money.  We were fighting about issues

3    that were very important to the state and to --

4    certainly to the individuals that are represented by

5    the plaintiffs and their very able counsel but also

6    to our clients equally.  And we are talking about

7    public safety and managing public safety in a macro

8    and micro sense throughout, and I don't think anybody

9    ever lost sight of that.  And that's very much to the

10   credit of plaintiff's counsel and the way they

11   litigated this matter.

12          I think that this settlement doesn't happen

13   without Your Honor's and Alyssa's assistance

14   because -- and guidance and knowing, you know, when

15   to put pressure and when not to.  That's a skill that

16   very few mediators have, and Your Honor is an

17   exceptional mediator.  And this agreement doesn't

18   happen without you.  And so we're very grateful for

19   your efforts.

20          And we're very grateful for Melissa for

21   putting up with us because Melissa, as difficult it

22   might be having a baby at home, you allowed nine,

23   ten, eleven, twelve babies working this throughout

24   and knowing that you were available and ready and

25   willing to let us put something on the record was the

1   goal line.  You were actually the goal line.  And so
2   we're very grateful for your patience with us.

3         And I have to thank my team.  My team is
4   outstanding, absolutely outstanding.  Steve, James,
5   Jamie and Nicole did all the work.  Why they let me
6   speak, I have no idea but they do.  And their work
7   here to hours, countless hours of work and our team
8   in the background who managed discovery and prepared
9   for injunction hearings.  If either side wasn't
10  prepared to litigate this to the end, we never would
11  have reached the settlement.  So there were many,
12  many team members behind us who got us to where we
13  are now.  And we're very, very grateful and looking
14  forward to seeing how this agreement brings about
15  some solid monitoring of what could be a potentially
16  dangerous condition.

17        And we particularly appreciate the
18  plaintiff's willingness to acknowledge that the
19  Department of Correction has done an exceptional job.
20  And that was a huge step toward reaching a
21  settlement.  So we're grateful for that.

22        Thank you, Your Honor.
23        THE COURT:  Well, thank you, Terry.  And,
24  again, you're more than welcome.  So this will be a
25  test to see how accurate this transcript is because I

```
1    want to note for the record that Melissa has just
2    become a court legend.  And so I want to just thank
3    her.  And we will -- we'll certainly let our
4    colleagues know that we've had the most unusual and
5    rewarding experience over the course of this weekend,
6    including late last night with Melissa.  It's --
7    again, it's something that all of us tremendously
8    appreciate.
9            I wanted to note that, you know, I've been
10   involved in the process as has my colleague Alyssa
11   Esposito, and we both have looked at the various
12   drafts and talked to counsel on both sides quite a
13   bit.  And what's been achieved and what's been agreed
14   to strikes us as fair and reasonable under the
15   circumstances and as well, I think just about the
16   best result that could have possibly have been
17   obtained.  It's a terrific piece of work.  It's also
18   not just in the interest of the parties.  I do think
19   it's in the interest of the Department of Corrections
20   as well as the plaintiff and the population they
21   represent who are vulnerable, but I do think it's
22   tremendously in the public interest of the people of
23   Connecticut.  The practices that the Department of
24   Corrections has been employing and is willing to be
25   employed and is willing to be monitored with respect
```

1  to are good for the public as a whole.  When people

2  in correctional facilities are safe, it keeps the

3  general population outside of the institutions, the

4  people of the state of Connecticut safer as well,

5  fewer infections and better public health practices

6  in our facilities without the benefit of the entire

7  state.  So I think this is a really important

8  process, a really important result, and I think it's

9  something that the plaintiff's counsel can take some

10  real pride in.  And I think their colleagues around

11  the country might look at the work that they've been

12  accomplishing here as one of the models that can be

13  followed, especially also what the Commissioner and

14  the State of Connecticut have agreed to could be a

15  model, I hope, for other states that haven't advanced

16  as far as we have in addressing these concerns.

17          You know, I think this is -- you know, it's a

18  very good result, not just in terms of resolving the

19  case, but I think it's good for the state and it's

20  good for the whole population.

21          And, again, I thank all of you for that

22  incredibly important work.  So it's a pleasure and an

23  honor to be a real part of it.

24          And I think we can let people go at this

25  point.  And I will let Judge Arterton know where we

```
 1   stand, and you all can follow up over the course of

 2   the next few days.

 3           So I don't have anything else to add.  But

 4   just to be on the safe side, let me just ask, Alyssa,

 5   is there anything that we need to add?

 6           THE CLERK:  I was just wondering when we're

 7   going to have a monitoring panel meeting, but that

 8   can be done in the weeks to follow.

 9           THE COURT:  Right.  Right.  Okay.  Yup.

10           And, Terry, anything further before I give

11   the last word to Will and his folks?

12           MR. O'NEILL:  I do, Your Honor.  Just one

13   housekeeping matter.

14           THE COURT:  Yup.

15           MR. O'NEILL:  My solicitor general would very

16   much like to know when we could expect the withdrawal

17   of the CCDLA -- the signed withdrawal form.

18           MR. SACHSE:  And I will turn that question

19   over to Mr. Barrett or Ms. Bildner who are working

20   with their people on that.

21           THE COURT:  Thank you, Will.

22           MR. BARRETT:  Your Honor, I expect we can

23   have it filed tonight, understanding that tonight

24   ends at midnight.

25           THE COURT:  Okay.  Sure.  Thanks.
```

1          Terry, anything further on that?

2          MR. O'NEILL:  Nothing else, Your Honor.

3     Thank you very much.

4          THE COURT:  Sure.  And, Terry, I didn't even

5     realize Connecticut had a solicitor general so --

6          MR. O'NEILL:  We do.  We do.  It started with

7     Greg D'Auria, and he left because he went up to the

8     Supreme Court.

9          THE COURT:  That's right.

10         MR. O'NEILL:  And then Jane Rosenberg who I'm

11    sure you've seen, and now it's Clare Kindall.

12         THE COURT:  Oh, well, tremendously capable

13    people.  So, again, I'm sure they're very interested.

14    Again, thanks for being in touch with them.

15         And Will or Dan or Elana, anything further

16    for any folks on your side?

17         MR. SACHSE:  Nothing further.  I just want to

18    again thank you, and thank you for those remarks.  I

19    thought that were -- and Terry, thank you for your

20    remarks as well.  I think they were spot on, and I

21    think we all agree that this is a fantastic result

22    and a hard fought result, and I think it wouldn't

23    have happened without everybody coming to the table

24    and working hard.  So thanks to everyone.

25         THE COURT:  And, Will, just I know that, you

```
 1    know, you've gotten a lot of folks on board for this
 2    phone call.  But I know that over the course of the
 3    case, I think Gabrielle and Jenna have been involved
 4    as well.  And they're not on the phone call, but
 5    please pass along my thanks and really the respect I
 6    have for their participation too.  I realize they
 7    couldn't be part of this call, but I didn't want to
 8    ignore the fact that they were very helpful over the
 9    course of the process.  So please give them my
10    regards and my appreciation.
11          MR. SACHSE:  Thank you.  Thank you.  And let
12    me just -- maybe I should just close by saying that,
13    yes, Jenna Newmark, Jonathan Tam, Gabrielle Piper, my
14    team, and also behind the scenes Alex Logan all did a
15    tremendous job and we thank them.  So -- and thank
16    you for recognizing them.  I appreciate that.
17          THE COURT:  Sure.
18          Well, Melissa, I'm going to turn to you.  Is
19    there anything else you need from us for the
20    transcript for the record or anything that was a
21    little bit blurry or any people that need to be
22    identified?
23          THE COURT REPORTER:  No.  If I come across a
24    name I need or something, I can be in touch with
25    Alyssa.
```

1    THE COURT:  Well, folks, let me sign off.

2  And, again, Melissa, thanks so much and I hope you

3  have a wonderful evening and happy birthday to your

4  sister.

5    Take care folks.  I'm going to sign off.

6  Bye-bye.

7    (Proceedings concluded, 3:34 p.m.)

8

9    C E R T I F I C A T E

10

11  RE: TRE McPHERSON, ET AL. V. NED LAMONT, ET AL.
         No. 3:20-CV-00528-JBA

12

13    I hereby certify that the within and

14  foregoing is a true and accurate transcript taken in

15  the aforementioned matter to the best of my skill and

16  ability.

17

18    /s/_Melissa J. Cianciullo_____

19    MELISSA J. CIANCIULLO, RMR, CRR, CRC
              Official Court Reporter
20       United States District Court
         141 Church Street, Room 147
21       New Haven, Connecticut  06510
              (203) 606-1794

22

23

24

25