UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRE MCPHERSON, ET AL., | : | CIVIL NO. 3:20-CV-534 (JBA) |
| | : | |
| V. | : | |
| | : | |
| NED LAMONT, ET AL. | : | JUNE 26, 2020 |

## JOINT NOTICE OF MODIFIED SETTLEMENT AGREEMENT AND GENERAL RELEASE

On June 6, 2020, the parties reached a Settlement Agreement.  On June 26, 2020, pursuant to paragraph 27 of the June 6, 2020 Settlement Agreement, the parties have mutually agreed in writing to modify the last sentence of paragraph 7, by deleting the last sentence, and substituting, in lieu thereof, the following:

"The final reports of the AMP shall be public records as defined in Conn. Gen. Stat. § 1-200(5)."

In addition, in paragraph 19, the word "antiseptic" was deleted, and the word "disinfectant" was substituted in lieu thereof.  Pursuant to the parties' mutual written agreement,  a copy of the Modified Settlement Agreement and Release is attached hereto as Exhibit A.

PLAINTIFFS                                                    DEFENDANTS
Tre McPherson, et al.                                    Ned Lamont, et al.

                                                                     WILLIAM TONG
                                                                     ATTORNEY GENERAL

BY:    /s/ Will W. Sachse_____          By:/s/ Terrence M. O'Neill___
Will W. Sachse                                            Terrence M. O'Neill
Dechert LLP                                                 Assistant Attorney General
Cira Centre                                                  Fed. Bar. No. ct10835
2929 Arch Street                                          110 Sherman St.
Philadelphia, PA  19130                               Hartford, CT 06105
Tel: (215) 994-2496                                     Tel. (860) 808-5450
Email: will.sachse@dechert.com                Email: terrence.oneill@ct.gov

**PLAINTIFFS**
Tre McPherson et al.

*/s/ Will W. Sachse*
Will W. Sachse, Esq.*
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
T: (215) 994-2496
F: (215) 665-2496
will.sachse@dechert.com

Jenna C. Newmark*
Gabrielle N. Piper*
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
T: (212) 649-8723
F: (212) 314-0064
jenna.newmark@dechert.com
gabrielle.piper@dechert.com

Jonathan Tam*
Dechert LLP
One Bush Street, Suite 1600
San Francisco, CA 94104-4446
T: (415) 262-4518
F: (415) 262-4555
jonathan.tam@dechert.com

Dan Barrett (ct29816)
Elana Bildner (ct30379)
ACLU Foundation of Connecticut
765 Asylum Avenue
Hartford, CT 06105
(860) 471-8471
e-filings@acluct.org

Brandon Buskey*
American Civil Liberties Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 284-7364

**DEFENDANTS**
 Ned Lamont, et al.

*/s/ Terrence M. O'Neill*
Terrence M. O'Neill (ct10835)
Steven R. Strom (ct01211)
James W. Donohue (ct28566)
James M. Belforti (ct30449)
Assistant Attorneys General
110 Sherman Street
Hartford, CT  06105
(860) 808-5450
terrence.oneill@ct.gov
steven.strom@ct.gov
james.donohue@ct.gov
james.belforti@ct.gov

*Counsel for the defendants*

2

bbuskey@aclu.org

*admitted *pro hac vice*

*Counsel for the plaintiffs*

## CERTIFICATION

I hereby certify that on June 26, 2020, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Tre McPherson et al. | Ned Lamont, et al. |
| | |
| */s/ Will W. Sachse* | */s/ Terrence M. O'Neill* |
| Will W. Sachse, Esq.* | Terrence M. O'Neill (ct10835) |
| Dechert LLP | Steven R. Strom (ct01211) |
| Cira Centre | James W. Donohue (ct28566) |
| 2929 Arch Street | James M. Belforti (ct30449) |
| Philadelphia, PA 19104-2808 | Assistant Attorneys General |
| T: (215) 994-2496 | 110 Sherman Street |
| F: (215) 665-2496 | Hartford, CT  06105 |
| will.sachse@dechert.com | (860) 808-5450 |
| | terrence.oneill@ct.gov |
| Jenna C. Newmark* | steven.strom@ct.gov |
| Gabrielle N. Piper* | james.donohue@ct.gov |
| Dechert LLP | james.belforti@ct.gov |
| Three Bryant Park | |
| 1095 Avenue of the Americas | *Counsel for the defendants* |
| New York, NY 10036 | |
| T: (212) 649-8723 | |
| F: (212) 314-0064 | |
| jenna.newmark@dechert.com | |
| gabrielle.piper@dechert.com | |
| | |
| Jonathan Tam* | |
| Dechert LLP | |
| One Bush Street, Suite 1600 | |

San Francisco, CA 94104-4446
T: (415) 262-4518
F: (415) 262-4555
jonathan.tam@dechert.com


Dan Barrett (ct29816)
Elana Bildner (ct30379)
ACLU Foundation of Connecticut
765 Asylum Avenue
Hartford, CT 06105
(860) 471-8471
e-filings@acluct.org

Brandon Buskey*
American Civil Liberties Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 284-7364
bbuskey@aclu.org


*admitted *pro hac vice*

*Counsel for the plaintiffs*