TRE McPherson et AL
V.
Ned Lamont

June 22-2020

RE:
Case # No. 3:20-CV-534
Honorable (J.B.A.)

SCANNED at and Emailed 6/29/2020
6/25/20 by T.Z. pages
date    initials    No.

Page one of two pages Front & Back

Objection To Settlement
** Agreement * * **

E-File
US Dist Court
915 Lafayette Blvd.
Bridgeport, CT.
06604

#① The CT. Dept. of Correction is NoT The Developer of SARS CoV-2 NoR Covid-19.

#② The CT. Department of Corrections Did NoT Weaponize Covid-19 NoR Disperse Covid-19 into The United States NoR CT. Prisons.

#③ CT. D.O.C. Well established Rules and Laws Are only Responsible To provide Hygine products To indigent inmates of Less Than $5.00 in a 90 Day time Frame

#④ Inmates Are The Sole perpertraters FoR placement in CT. Jails From Thier own Criminal Actions There FoRe ⟶

Page two other side
TURN/SCAN
Back Page also
Thank you

#(5)

CT. Department of Corrections is not complicit nor Responsible nor Liable and do not have to Be subjected to The Courts Ruling(s).
I.E: Settlement Agreement!

Glen Sharkany 174822
GARNER C.I. /H-209   June 22-2020
50 Nunnawauk Rd.
Newtown, CT. 06470

I pray That This motion Be Granted

Certificate of mailing
I Glen Sharkany herby state That Copies of This motion; {objection}. has Been sent via us postal mail To All pertinade individuales in case # No.) civil No. 3:20-CV-534 (JBA)

honorable Federal Judge