UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Inmate, Anwar Shakir #371637,
Tre Mcpherson, ET AL,,,,

VS.

Ned Lamont, ET AL.

Civil no#3:20-cv-534(JBA)

Objection to "Settlement Agreement"

June-29th, 2020

JUL 7 2020 PM 12:53
FILED-USDC-CT-HARTFORD

---

Plaintiff ANWAR SHAKIR's Comments and Objections to the
settlement agreement

Dear Honorable JUdge Janet Bond Arterton, and to all of the legal representation at the ACLU, I want to thank you for your dilligent work and concern for the inmate population in the state of CT.

As an inmate and plaintiff in this class action law suit I would like to address the court and object to this settlement for several reasons.
First, it does not address the needs of the entire inmate population that is, inmates retain a substantive right in not being subjected to formally imposed cruel and unusual punishment, and the wanton infliction of pain that is grossly out of proportion with the crime. see: Gregg vs. Ga., 428-U.S.153,173,183(1976).

However, this is ignored in this settlement, being housed in a facility that a deadly virus is spreading in, that has already claimed the lives of multiple inmates, is out of proportion to 95% of CT's inmate population, unless that inmate was sentenced to the DEATH PENALTY, which even that statute has been ABOLISHED in the State of Connecticut.
Therefore, I submit that the only true relief that this agreement is missing is the prison overcrowding aspect, the most logical thing to do is release inmates who are:
      (a) 50% or 75% finished with their sentence
      (b) Inmates who have a substatial claim of innocence pending, that would warrant a likely reversal of their conviction.
      (c) Inmates who are under the age of 65 that have medical issues and pre-exsisting conditions

To name a few, nevertheless the testing being provided pursuant to this agreement is done via-nasal swab, as appose to the anti-body test that actually disclose results not available to the nasal swab testing.
The Inmate population is in IMMINENT DANGER, and the current agreement does not reflect the basic human intrest's at issue.

The Correctional Officer's who work at the facilities are still walking around refusing to wear a mask and gloves, this will eventually promote the spread of the Corona-Virus.
In closing I would like to say that when a human beings life is at issue, GOVERNMENT FUNDING, POLITICS, JOB SECU RITY, AFFIRMATION OF CONVICTIONS OR SENTENCES, should never out weigh a persons basic fundamental right to be free from cruel and unusual punishment in the United States.

Respectfully submitted by:

Mr. Anwar Shakir
Inmate #371637
B.C.I/59-Hartford Road
Brooklyn CT.06234

ANWAR SHAKIR #371637
B.C.I
59-HARTFORD ROAD
BROOKLYN CT.06234
Dorm-C /Bed-12-E

LEGAL MAIL

01 JUL '20
PM 5 L

FOREVER
USA

Barn Swallow

TO: UNITED STATES DISTRICT COURT
    DISTRICT OF CONNECTICUT
    450-MAIN STREET
    HARTFORD CT, 06103

LEGAL MAIL

LEGAL CONFIDENTIAL PRIVILEGED MAIL