TRE McPherson, et. al  
v.  
Ned Lamont, et al

2 of 1 page  7/10 2020

Civil No. 3:20-CV-534  
(JBA)

[page one of one page only]

## Motion To Dismiss

[Clerk of Court Please File This Motion For Above Case @ #]

#1  This Case is FRIVOLOUS!

#2  The Department of Corrections Bears No Liability.

JUL 10 2020 PM 3:13  
FILED - USDC - BPT - CT

#3  The Department of CT. Corrections IS NOT AT Fault FOR The Covid-19 VIRUS!

#4  All CT. County Jails and PRISONS Have spent eNoRMOUS, MONeY, TIME and PReCaurdioNS @ TReatment To keep All INmates and STAFF ViRUS FRee of Contamination exceeding all expectations.

#5  No other State oR iNStitutioN(s) have DoNe every possible Health and OtheR methods AS The Dept. of Corrections That eveN SuRpass pRivate SectoR.

Glen Sharkany 174822  H-209  
GARNeR C.I.  50 NUNNAWAUK Rd. Newtown, CT. 06470