Dear Judge Arterton 1 of 4                    July 7, 2020

I Clarence Patterson #115092 of Cybulski C.I., am writing to you on a couple of different fronts, but none more important than to say hello your honor, and that it's a privilege to come into your presence for another reason other than judgement. Moreover I pay very close attention rather I'm concurring or disenting with any rulings that has the infamous initials JBA attached to its decision your honor. However, I'm writing and strongly <u>objecting</u> to the decision agreed upon the ACLU in the McPherson et al v Lamont et al tenative agreement concerning Quiros depravity and the shortcomings of the CT D.O.C. responses to the killer outbreak. To put this in prospective your honor. Commissioner Quiros literally tried to kill me through Covid, and I will not let this rest until he's no longer commissioner of CT Corrections. I was sick for 17 days crammed into an illegal overflow area which is illegal itself – overflo – and couldnt get off of the bed to get myself a much needed glass of water. Every day leutinants, captains, officers which two that manned my unit eventually got sick also. The warden Garcia came into the unit Easter Sunday morning and gave a speech using me as the Covid poster boy. During this speech Warden Garcia often used me as her pointman as to how not to look and, if "yous look sick like this guy does referring to me". Then yous have to write medical for help yet she refused to call medical and order them to see me. A Leutinant Richards told an officer Churchill to call medical to see me, Churchill waited until Lt Richards left the unit and said "If you need to see medical write them because I'm not calling them. Theres a policy that medical calls a inmate for three meds if he misses them here in Cybulski. And if you miss meds

Pg 3 of 4

state of mind. Moreover once Cybulski knew that Covid had become a killer. They clear out half of the unit that I lived in and make it orientation/intake quarantine for new prisoners from other facilities and the streets but didn't put up signs of how to use or wipe down toilets, showers, sinks, phones or door handles and didn't put spray bottles out with the proper chemicals inside of them to spray their Covid hot spots down with. The C.D.C. recommended the masks around March 12, 2020. Quiros didn't get them to us here at Cybulski with proper usage instructions until over 40 days later and as a cost cutting measure and budgetary constraint they had the prisoners from Osborn C.I. clothing factory make the masks where 50 of them tested positive for Covid-19. So by them failing to properly inspect the masks they sent the Covid virus to us here in Cybulski in the uninspected masks. A prisoner who slept less than 3 ft from my head on this illegal overflow that they had me crammed into put the poison on the trays that inmates ate off of and again as a cost cutting measure instead of giving us disposable eatery they used washable trays. The guy tested positive for Covid and had to be rushed to the hospital from the unit. The D.O.C. failed to turn off the showers, ventilation system and refused to take inmate fans though the C.D.C. wouldn't allow beauty salons to open because the hair dryers blew the virus throughout the shop. My bunkie who was Covid also left his fan blowing all day and night blowing the Covid virus down onto me off the wall where we braced our heads 24/7. Medical came into the unit the first 5 to 7 days to take temperatures before they stopped and while taking temperatures prisoners would test positive for Covid with high temperatures yet they wouldn't change gloves that inmates breathed on while placing the

For three consecutive days your name is removed from the sick call list until you see and is reinstated by the doctor. I missed between 9 and 12 consecutive days of medication, was never called for to get my meds and was never taken off the sick call medication list until I saw the doctor. I was so sick that our officer took it upon themselves to call medical and sent me down on or about the 11th day of my battle for life your honor only to be rejected by a L.P.N. Keisha who took my temperature said nothing was wrong with me and sent me back to my unit to die after a thirty five second examination which included a visual look over and a yea you look sick but you dont have a temperature so you can return to your unit. I filed two grievances against medical and put one in nurse Carmen hands in front of 5 officers whom names I have. Medical destroyed that grievance, and the 2nd grievance medical refused to answer. Moreover when the plaintiff went to medical for the 36 second visual exam and temperature check the CDC protocol for tell tale signs of the virus had evolved from temperature checks to cant smell cant taste. As the court is well aware of, prisoners are the most high risk people for disease, AIDS, T.B, Flu, etc... and the D.O.C. under Quiros guidance trains weekly and bi weekly in most facilities. Yet even though prisoners are at such high risk for contracting and spreading diseases in the facilities, and the D.O.C. with their training was well aware of the dangers that criminals bring with them into the facilities they should have been training for outbreaks, epedemics, pandemics, and endemics, but under Quiros supervision as district administrator they didnt hold joint custody and medical training which rears the head of Quiros reckless and culpable

Pg 4 of 4

Wand of the temperature stick in prisoner mouthes. Medical was hiding my covid results refusing to take me to Northern that they converted to a fake covid hospital so that the could get the fiscal year at 196,000 per inmate which is what they charge a year per inmate to be housed there for Level 5 max; max security purposes. The Jail should be closed, but the money is too good robbing tax payers. They could have taken the Level 2 prisoners out of McDougall and put these people who were sick for 65,000 per inmate but its always a game to rob tax payers. With all due respect your honor ACLU and Inequire is running a scam with this lawsuit that involves soaps and toiletries after I was left to die by Quiros. The ACLU doesn't speak for me, I object to any suit that they have pending that supposively protects, involves, or addresses the issues that I will move forward on "By My Lonesome" at the appropriate time against Quiros. Thank you your honor for taking your time to listen

I Remain
Respectfully Yours
[signature]



Clarence Patterson #115092
Cybulski C.F.
391 Shaker Road
Enfield CT 06082

HARTFORD
CT 061
08 JUL 20
PM 4 L

Attn: United States District Court
C/o Clerks Office
For The Honorable Janet B Alferton
915 Lafayette Boulevard
Bridgeport CT 06604

RECEIVED
JUL 10 2020
U.S. DISTRICT COURT
BRIDGEPORT, CT

THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY