UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

SCANNED at MWCI
and Emailed
7/16/2020 , ST. 2 pages
date    initials   No.

TRE MCPHERSON ET AL.,

V.

NED LAMONT ET AL.,

Civil No. 3:20-CV-0534 (JBA)

July 7, 2020

### DECLARANT'S MOTION IN OPPOSITION TO BE NAMED AS A MEMBER IN THE ABOVE CLASS ACTION
Per F.R.P. 23(c)(2)(A)(B)

#246849

1. I _Tyrone Rosa_, hereafter declarant, am over the age of 18 and competent o state the matters herein this motion/declaration

2. The declarant is an incarcerated inmate, housed at the MacDougall Correctional Institution in Suffield, Ct.

3. On June 23, 2020 the declarant was tested for COVID-19 at the facility

4. The declarant was contemporaneously provided with one page of information regarding the above cited class action suit entitled "NOTICE TO THE CLASS OF SETTLEMENT AGREEMENT" (declarant is devoid of the document number)

5. This notice does not show all the terms and conditions of the agreement

6. Upon further review of the agreement entitled "MODIFIED SETTLEMENT AGREEMENT AND GENERAL RELEASE" dated June 26, 2020 (the declarant is devoid of the document number as it was not provided to him), the declarant found this to be an uncosciousable contract

7. The declarant finds this to be an unconsciousable contract as a whole and particularly disagrees with id. section (H) "GENERAL RELEASE OF CLAIMS" pgs 8-11 and section (J) "CLASS CERTIFICATION AND STIPULATED DISMISSAL" Pgs. 11-14

REQUEST FOR RELIEF:

WHEREFORE, The declarant _Tyrone Rosa_, moves this court for an order to exclude him as a member to this class action suit as provided by F.R.P. 23 (c)(2)(A)(B)

_Tyrone Rosa_  #246849
Tyrone Rosa

MCI 1153 East St. South

Suffield Ct. 06080

### ORDER

GRANTED // DENIED

WITH THE FOLLOWING ORDERS:

Judge,_____

### VERIFICATION

A copy of the foregoing motion was sent o all parties of the record via E-File on July   ,2020

_Tyrone Rosa_  #246849
Tyrone Rosa

MCI 1153 east St. South

Suffield Ct. 06080