UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

TRE MCPHERSON ET AL.

V.                                         CIVIL NO: 3:20-CV-0534(JAB)

NED LAMONT ET AL.,                         July 7, 2020

## DECLARANT'S MOTION IN OPPOSITION TO BE NAMED AS A MEMBER IN THE ABOVE CITED CLASS ACION
Per F.R.P. 23(c)(2)(A)(B)

1. I Angel Oethous, hereafter Declarant, am over the age 18 and competent to state the matters herein this motion/declaration

2. The declarant is an incarcerated inmate, housed at the MacDougall Correctional Institution in Suffield Ct.

3. On June 23, 2020 the declarant was tested for COVID-19 at the facility

4. The declarant was contemporaneously provided with one page of information regarding the above cited class action suit entitled "NOTICE TO THE CLASS OF SETTLEMENT AGREEMENT" (declarant is devoid of the document number)

5. This notice does not show all the terms and conditions of the agreement

6. Upon further review of the agreement entitled "MODIFIED SETTLEMENT AGREEMENT AND GENERAL RELEASE" Dated JUne 26, 2020 (the declarant is devoid of the document number as it was not provided to him), the declarant found this to be an unconsciousable contract

7. The declarant finds this to be an inconsciousable agreement as a whole and particularly disagrees with id. section (H) "GENERA RELEASE OF CLAIMS" Pgs. 8-11 and section (J) "CLASS CERTIFICATION AND STIPULATED DISMISSAL" pgs. 11-14

REQUEST FOR RELIEF:

WHEREFORE, The declarant _Angel DeJesus_ moves this court for an order to exclude him as a member to this class action suit as provided by F.R.P. 23(c)(2)(A)(B)

---

MCI 1153 East St. South Suffield Ct. 06080

### ORDER

GRANTED // DENIED

with the following orders:

Judge,_____

### VERIFICATION

A copy of the foregoing motion was sent to all parties of the record via E-File system on July   ,2020

---

MCI 1153 East St. South Suffield Ct. 06080