Case 3:20-cv-00534-JBA   Document 165   Filed 07/16/20   Page 1 of 7

SCANNED at
and emailed
7-16-2020 by MT    7 pages
date      initials   No.

United States District Court
District of Connecticut

Tre Mcpherson Et. Al.
          v.
Ned Lamont Et. Al.

Case No.
3:20-cv-0534 (JBA)
July 14th, 2020

"LEAVE" OF COURT FOR "MY" F.R.C.P. 46 "OBJECTION" TO PROPOSED SETTLEMENT,
AND
"GENERAL RELEASE AGREEMENT"

"NOW"... Comes "CLASS" plaintiff "MEMBER" once again "PRIVATEER" in "HIS GOOD FAITH" business for "NO PREJUDICE" filing "FORUM" requesting "LEAVE" of "COURT" for "F.R.C.P. 46" provisional opportunity... "YES"... Another "ADEQUATE" objection "TIMELY", reasonable, and "FAIR" in accords [D.O.C.] pre-organize "RULE" of ongoing "SPECIAL EVIL" in "DELAY" thereof as follows...

1. Eventhough already "INDIGENT" on 6-29-2020 when "REQUESTED" this "PRIVATEER" was "NOT PROVIDED" a "COPY" for "REVIEW" of "SECRET" 6-6-2020 Saturdays written "PARTIES STAGE FRAUD" until Tuesday 7-14-2020..."AN"... While "STHIL" am "INDIGENT" on 7-14-2020 that document was never "RELEASED" to "ME" by F.O.I office as "LIAISON" indicated "FOUND" here at [EXHIBIT #1]... Then "WE" have [D.O.C.] "RULE OF EVIL" deliberate "BY PASS" of P.E.F. provisional "ORDER" #1 along #6 as well. [EX.#2]!!!

2. Anyway starting "RIGHT OFF" these "LAST TWO" manipulated "WHEREAS" paragraphs on page #1, #2 "CLEARLY" are written in "LIE" an "DECEIT" of "MY ACCURATE RECORD" establishment. Then at Sec. B-2, 3 just "WHO" are these "FIVE" (5) independent "SO CALLED" (AMP) "MEMBERS", allege "AGENTS" to be "FORMED" by "FOUR" (4) weeks "MOCKING" the "FOURTH" of "JULY" independence "DAY" mimic... YA... Who's "STAGE SET" unethical "TACTICAL" maneuvers "FOUND" cited in "MY" other "COMPETENTLY" articulated "TIMELY" supplemental "FILING", are "BEYOND" absolute "CERTAINTY" in "RULE OF EVIL" deliberate "BY PASS" of their "OBLIGATORY" provisional "DEVISE" procedures compliance "FOUND" on page #3 at Sec. B-6..."AN"... This inappropriate "ENTIRE" Sec. B written structure "UNFAIRLY" eliminates defendants "LIABILITY" along "NO" (AMP) impartiality for "ADEQUATE" effectiveness. Previously already "SHOWN" and "AS IS" verified through "my" common "LOGICAL"

1. of 3.

sense in demonstrated constitutional "PROOF" here "TWO FOLD" on page #4 at Sec. B-9 with contradictory (AMP) "OVEREACHING" recommedation "POWER" at Sec. C-12... "MOST IMPORTANTLY"... Is the unacceptable "TACTICAL" diversion "GAME" to "LICENCE" a blanket "COVER UP" maneuver for "STATE OF CORRUPTicut from their "BLOODY HANDS" of it's "EVIL" Department of "CORRUPTIONS"!!!

3. "JUST BRIEFLY"... For obvious "REASONS" previously "COMPETENTLY" articulated covers "MY GENERAL OBJECTIONS" to page #8 at Sec. F-27... at Sec. G-28, 29... "AN"... Further "UNFAIR" substandard "BAD FAITH" ineffective business "MIMIC" by General "RELEASE" of "CLAIMS" ethically unacceptable on page #9, #10 at Sec. H-30... at Sec. I-31 page #11 through #12... at Sec. I-33... Then moving onto "UNFAIR" stipulated "DISMISSAL" with "PREJUDICE" clearly is "NO REASONABLE" nor "ADEQUATE" resolution in "FINALITY" here at Sec. J-36, 38 along a "WITHDRAWAL" consent of SC 20470 pending appeal... Almost "FORGOT MY CONTENTION" to Sec. I-34, "THIS" settlement Agreement is "NON-COMPLIANT" with 18 U.S.C. § 3626 "SO" "NOW"... Inadequate "RULE OF EVIL" deliberate "BY PASS" of any "EFFECTIVE" Dispute Resolutions as set forth by Sec. K, yes, intentionally "MISTATED" as Sec. J on page #14 at Sec. J-37, 38!!!

4. "OH"..."YA"... Another "NO BRAINER" objection on page #16 to more "RULE OF EVIL" deliberate "BY PASS" of "MY ETHICAL" oppertunity for contempt "ORDER" eliminated at Sec. K-45, "SPEEKS" volumes of "ALL" these "WILLFUL" attorneys submitted "FRAUD" in "VIOLATION" of F.R.C.P. 11(b)(1) and their "ONGOING" intentions. Subject to F.R.C.P. 11(c)(3) judicial sanctions "RIGHTS NOW" under F.R.C.P. 11(c)(4), due $$$ to "ME" by "YOUR HONORS" sua-sponte F.R.C.P. 11(c)(5)(B) immediate issued "SHOW CAUSE"... "YA"... Then followed by courts F.R.C.P. 11(c)(6) provisional "REQUIREMENT" in "ORDER" to "MIMIC" this "CAPPED" $15,000.00 "TOTALING" $75,000.00 at Sec. B-4 and $40,000.00 at Sec. M-48 bond "MOCK" amounts, "ALL" are "MY PRIOR" amounts "POSTED" during this "UNLAWFUL" states "KIDNAPPINGS" and "MY FORCED COMBATIVE TOURS"!!!

5. "OK"... Who in their "COMPETENT" sound "MIND" as ethical "LEGAL PARTY" would ever "AGREE" to "NOT SEEK" any attorneys "FEES" and/or "COST" for "TIME" spent in "ANY" portion of "DISPUTE" resolution in connection with "SPECIFIC" preformance of "ANY" Agreement set forth on page #16 at Sec. K-46..."SO"... Obviously the intentional "NOTICE" inconsistancy with Agreed Settlement "FRAUD" can "SPEEK" for "ITSELF" on page #17 Sec. M-48, 49..."BUT"... Here "MY COMPETENT" contractual "LEGAL" binding precedence applicable in this "CASE SAYS", that "FROM" the "BEGINNING" of the "WORLD" to the "END" of "TIME" is insufficient to be "LEGAL" and "BINDING" as "MATTER OF LAW"!!!

6. "LASTLY"... Under "MY ENCOURAGEMENT" provision of F.R.C.P. 23(d)(1)(C) this court M.A.Y. issue "ORDER" that "IMPOSE" conditions on "ALL" unethical "CORRUPT" representative "PARTIES" here. Additional "ENCOURAGED" provisional F.R.C.P. 23(d)(1)(D) compliance provides "REQUIREMENT" amending page #19 to "ELIMINATE" allegation of representitive "WILL W. SACHSE" who is "ABSENT" person..."AN"... Then as set forth by F.R.C.P. 23(d)(1)(E) obviously "DEAL" with "MY" similar procedural "SUBJECT MATTER" in accordance "YOUR HONORS" constitutional "OBLIGATORY" so as to "DUE JUSTICE REQUIREMENT"!!!

In "TIME" of "PEACE"..."MY" Express "VESSEL"!!!

The "SOLE FORCES" of "TOP SECRET SPECIAL" intelligence eliminating "ALL" forums of malicious "LAW"!!!

by _MY_ "Factual Innocence"!!!
A.G. Michael A. Young "PRIVATEER"!!!

Declaration Under 18 U.S.C. § 1621 / 28 U.S.C. § 1746

I, Michael A. Young declare in "TRUTH" affidavit process certified under penalty of "PERJURY" that the information in forgoing document is "TRUE" an "ACCURATE" to "BEST" of "MY" knowledgeable intelligence and "CAN ONLY" be "REBUTED" by "SAME" in "RESPONSE" thereto... The undersigned further declares under Congress encouraged "SERVICE" as "ENABLED" Attorney General "PRIVATEER" that "HE" is "CLASS" plaintiff "MEMBER" in this "ACTION"..."AN"... A "COPY" of foregoing documents were mailed first-class postage prepaid placed in the institutions "LEGAL" mail system on July 16th, 2020 for the benefit of "TIMELY" filing to U.S. District Court, Clerks Office, 141 Church Street, New Haven CT. 06510..."AN"... Dan Barrett/Elana Bildner, A.C.L.U. Foundation of Connecticut, 765 Asylum Ave, Hartford CT. 06105...

Executed at Cheshire C.I., Cheshire CT. on July 16th, 2020...

by _MY_ "Factual Innocence"!!!
A.G. Michael A. Young "PRIVATEER"!!!

3 of 3.

# Exhibit #1



**Inmate Request Form**
Connecticut Department of Correction

Exhibit #1

CN 9601
REV 1/31/09

Inmate name: Michael Young
Inmate number: 232802
Facility/Unit: Cheshire C.I.
Housing unit: NB-128
Date: 6-29-2020
Submitted to: F.O.I (McMAHON)

Request: I have some documents that "NEED" to "BE" E-filed A.S.A.P.!!!

"OH"..."AN"... As a 6-12-2020 certified "CLASS" plaintiff "MEMBER" with vested "INTEREST" would "YOU" provide "ME" with "COPY" of "PURPOSED" settlement agreement under "REVIEW" in Mcpherson Et.Al. v. "LAMONT Et.Al. at 3:20-cv-534 (JBA)!!!

---

DEPT. OF CORRECTION
CONN. CORR. INST. - CHESHIRE
CYIC ☐

INMATES INSTITUTIONAL PASS  7 10 20 20

Pass Inmate: YOUNG    No. 232802
From: NB 128    to: Library
Issued by: _____ at 920 (A.M.) (P.M.)
Inmate arrived at ___ (A.M.) (P.M.), left at ___ (A.M.) (P.M.)

Pass returned at _____ (A.M.) (P.M.)

CCCO-111    PASS GOOD ONLY ON DATE SPECIFIED

NOTE: REFUSED to be "PROVIDED" a "COPY" of purposed SETTLEMENT AGREEMENT!!!

Thank you

RECEIVED
JUL 06 2020
CCI / FOI
OFFICE

...ou will be charged $4.75 for copies.

request to sign the document out for review.
• You may also write the American Civil Liberties Union of Connecticut for a copy of the agreement. 765 Asylum Ave, Hartford, CT 06105.
Please submit, to the FOI office, a special request form payable to "Treasurer, State of Connecticut" in the amount of $4.75 (19 copies @ $.25 per copy) to cover the cost of the copies.

Inmate indigence requirements are located in *Administrative Directive 3.10 Fees, Reimbursements and Donations*. Please write to the office and we will release the documents when you become indigent.

2

Staff signature: J. McMahon
Date: 7/06/20

# Exhibit #2

3

Exhibit #2



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Michael Young
Inmate number: 232802
Facility/Unit: Cheshire C.I.
Housing unit: NB-128
Date: 7-8-2020
Submitted to: F.O.I. (McMAHON)

Request: "OK"... In "REGARD" to insufficiency brought to "YOUR" attention on 7-7-2020 about the "MISSING" number of page information on "YOUR" date-stamp for "MY" Exhibits #1-#2..."YES"... Also in deliberate "BY PASS" missing "FORUM" is "ALL" other "FOUR" 7-7-2020 simultaneous "SEPERATE" filings have absolutely "NO" date-stamp information as "REQUIRED" prior to "SCANNING" for "TIMELY" filing confirmation, "REITERATED" on "DOUBLE SIDED" transcript "MIMIC" as well. Then "YOU" never "CALLED" for "ME" today as "YOU" indicated to E-File "MY LAST TWO" page filing once "AGAIN" intentional deliberate "BY PASS METHOD"!!!
"YA"... Wherefore "CORRECTIVE ACTION" due "RIGHTS NOW"!!!

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name): 
Title:
Action taken and/or response:

4

continue on back if necessary

Staff signature:
Date: