TRE McPherson, et al.,
v.
Ned Lamont, et al.

July Ten 2020
Case # 3:20-CV-534 (JBA)

E-File/ US District Court
915 Lafayette Blvd.
Bridgeport, CT. 06604

SCANNED at and Emailed
7/20/20 by T. / pages
date   initials  No.

## Objection To Settlement Agreement

#1 The CT. D.O.C. is Not The Developer of SARS CO V-2 Nor Covid-19.

#2 The CT. Department of Corrections Did Not Weaponize Covid-19 Nor Dispersed Covid-19 into The United States Nor CT. Prisons.

#3 CT. D.O.C. Well established Rules and Laws Are only Responsible To provide Hygine products to indigent Inmates of Less Than $5.00 in @ 90 Day Time Frame.

#4 Inmates Are The Sole perpertraters for placement in CT. Jails from Thier own Criminal Actions Therefore

#5 CT. Department of Corrections nor Ned Lamont is Not Complicit nor Responsable nor Liable and Do Not Have to Be Subjected to The Courts Ruling(s) I.E:
Settlement Agreement
(objection To Above)

objection Filed by Glen Sharkany 174822
Garner C.I. (✍) July Ten 2020
50 Nunnawauk Rd.
Newtown, CT. 06470