TRE McPherson    July Ten 2020
V.    et al.,    Case # 3:20-CV-534 (JBA)
Ned Lamont, et al.

US District Court
915 Lafayette Blvd.
Bridgeport, CT. 06604

## Objection To Settlement Agreement

#1   The CT. D.O.C. is Not The Developer of SARS Co V-2 Nor Covid-19.

JUL 27 2020 PM 3:42
FILED-USDC-BPT-CT

#2   The CT. Department of Corrections Did Not Weaponize Covid-19 Nor Dispersed Covid-19 Into The United States Nor CT. Prisons.

#3   CT. D.O.C. Well established Rules and Laws Are only Responsible To Provide Hygine Products To indigent Inmates of less Than $5.00 in a 90 Day Time Frame.

#4   Inmates Are The Sole perpertraters For placement in CT. Jails From Thier own Criminal Actions Therefore

#5   CT. Department of Corrections Nor Ned Lamont is Not Complicit Nor Responsable Nor Liable and Do Not Have to Be Subjected to The Courts Ruling(s) I.E:

Settlement Agreement
(Objection To Above)

Objection Filed by Glen Sharkany 174822
Garner C.I.   (☒) July Ten 2020
50 Nunnawauk Rd.
Newtown, CT. 06470