UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Tre McPherson, et al,<br>    *Plaintiffs*,<br>    v.<br>Ned Lamont, et al,<br>    *Defendants*. | Civil No. 3:20-cv-534 (JBA)<br><br>September 16, 2020 |

**ORDER ON DOCKETING PROCEDURES TO BE USED WITH POST-DISMISSAL FILINGS**

This case was closed on July 22, 2020. Filings have since been received by the Clerk of the Court and will now be docketed. *Pro se* filings will be liberally construed. The following procedures will be used with respect to any filing captioned *McPherson v. Lamont*, 20-cv-534:

1. If it appears to the Court that a *pro se* filing requests judicial action rather than bringing something to the Court's attention, the Court will designate the filer as a "movant" on the docket;

2. If the *pro se* filing raises an argument to reopen the case, the Court may order the parties to respond to the filing;

3. If the Court's review leads it to construe the filing as a notice of appeal, the Court will designate the filer as "movant" on the docket; and,

4. If the Court's review does not reveal to it any argument to reopen or any notice of appeal, the Court may summarily deny the request for judicial action and remind the filer that the case was closed. In such instances, the Court need not designate the filer as a movant, intervenor, or other kind of participant.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 16th day of September 2020.