Case No. 3:20-cv-534 (JBA)

IN THE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Tre Mcpherson Et.Al.

Vs.

Ned Lamont Et.Al.

"EMERGENCY" LEAVE "TO REACTIVATE CASE FOR SUPPLEMENTAL "ORDER" AMENDMENT TO "MY TIMELY" INTERVENTION/ DERIVATIVE ACTION" AND "OTHER" SUPPLEMENTAL FILINGS

IMMEDIATE "RULE 44" PETITION FOR REHEARING...
ATTACH #1

APPENDIX-R.

"NOW"
"TWO FOLD" "EMERGENCY"
"COMPLEX LITIGATION STATUS!!!

RECEIVED
AUG 2 0 2020
CCI / FOI OFFICE

1a.

No. 19-8284

## IN THE
## SUPREME COURT OF THE UNITED STATES

In Re
Michael A. Young — PETITIONER

Vs.

17-4011 Vernon Oliver Et.Al.
18-1775 Thomas Duncan Et.Al. — RESPONDENT(S)

## IMMEDIATE "RULE 44" PETITION FOR REHEARING AN "EMERGENCY" "RULE 16.3" SUSPENSION OF MANDAMUS / PROHIBITION "DENIAL"

[ATTACH #1]

13C

"NO SECOND CIRCUIT" Court "ACTION" on Appendix (G)!!!

UNITED STATES "SUPREME" COURT

In Re
MICHAEL A. YOUNG
V.
NED LAMONT ET. AL.

CASE NO. 19-8436

APRIL 29, 2020

"RULE 22" application "SEE" Certification page 4 to
MOTION FOR "EMERGENCY" RULE 36 "DECLARATION TO ENLARGEMENT ON
PERSONAL RECOGNIZANCE PENDING "FINALITY"

"NOW"...Comes petitioner already with "GOOD" forgoing "CAUSE" explicitly "SHOWN" an "MOVES" this "HONORABLE" Court "SUPREME CHIEF" Justice "JOHN ROBERTS" under "RULE 36.3(a),(b) for 36.4 "EMERGENCY" declaration to immediate "ENLARGEMENT" on "PERSONAL RECOGNIZANCE" pending "MY" "FINALITY" in above "ENTITLED" matter... In further support thereof as follows..."AN"...Although "NOT" provisional "REQUIRED" this MARA SILVER "dictated appended ORDERS" from Courts BELOW" are "TWO FOLD" here No. 18-7321 / 19-8436 for U.S.Court of Appeals at [APPENDIX A,B,C,F,P,Q,R]... U.S.District Court [APPENDIX J,K]... The States "HIGH" Courts [APPENDIX M,N]!!!

I. "CORRUPT" STATE COURT "REVIEW"     ERROR OF "FACTUAL LAW"

1. "YES"...As I "DENY" the "RIGHT" to remain "SILENT" the "PROPER" standard of "LEGAL" review here exceeds way "BEYOND" the constitutional "LIMITATIONS" of "OBSTRUCTIONIST" Oliver "MISCONDUCTED" Planko "MISAPPLICATION".."SEE" trial court 11-13-14 transcript 3:16-cv-1720(AWT)[Doc.20]"FOUND" at #1,#2..."YES"...In egregious "NON" compliance "THIS CASE" is much "MORE" consistant with state court "SUPREME AUTHORITY" confirmation set forth by State v. LaFleur 307 Conn.115...In that it "FAILS" to conform to "REQUIREMENTS" of "FEDERAL" constitutional "LAW" in light of "CHIEF" Justice "CHASE T. ROGERS" supervisory alignment "HOLDING" with "THIS" court's "CHIEF" Justice "ROBERT A. KATZMANN" panel "LAW OF CASE" in U.S.v.Dhinsa 243 F.3d 635...Consistant with "OTHER" circuit decisions "FOUND" in U.S.v.Vasques-Chan 978 F.2d 546:U.S.v.Spinney 65 F.3d 231: and U.S.v.Dinkane 17 F.3d 1192... "YES"...Making "PROPER" subject of the "VACATURE" approch that "MUST" provide immediate relief "RIGHTS NOW" with "NO" further "ACTUAL INJURY"!!!

ERROR OF "FACT" RENDERING JUDGMENT "VOID"

II. "CORRUPT" STATE COURT JURY SELECTION

2. As "YOU" know I have been "DENIED" access to "ALL" meaningful jury selection transcripts, audio recordings, and "MY RIGHTS" to "ANY" disclosure as "NECESSARY" for "PROPER" preparation and presentation of "MY" motion challenging this "ILLEGAL" selection procedure "ALL" in "VIOLATION" of 28 USC §1867(f).."SO"...Just recently mid-January 2017 over 3 years latter I "FINALLY" obtained "ONLY" "LIMITED" transcribed access to [T:8-14-13/8-15-13] "SEE" 3:16-cv-1720(AWT)[Doc.20]"AGAIN" at #1,#2...Also worth "NOTING"..Simultaneous with "MY" 2-23-17 state court "ILLEGAL" jury selection challenge an "OBSTRUCTIONIST" Oliver "DISCARDED" filing 3:16-cv-1720(AWT)[Doc.21] at #1 "SEE" [EXHIBIT 7]...Here "ALL"(AWT) pleding "DENIALS" with "PREMATURE" case "DISMISSALS" were "ALL" entered upon the docket in a 2-23-17 after hours "PARTY"..3:16-cv-1720(AWT)[Doc.14]..3:16-cv-1744(AWT) and 3:16-cv-1798(AWT)[Doc.13]!!!

1

14C

3. Anyway, where upon"MY"intelligently"LAZER FOCUSED"review I've"NOTICED"in addition to"ALL" other countless mistated alterations documented throughout the"ENTIRE"transcribed process, "DECEITFULLY"here are"TWO"days"MANIPULATED"into"ONE"day with the existance of intentional "TAMPERING"[8-15-13]...Clearly convincingly resulting in"SEVERE"prejudicial"DEFECTS"during the appeal and throughout"ALL"post-conviction procedures.."AN"."YUP"..Along with"OLIVERS" "UN"FAIR"ness of available settlement procedure have and"STHIL"are in"FACT"in"THIS"unethical "VIOLATION"of the due process clause of the 14th amendment see Layne v.Gunter 559 F.2d 850: Morales v.Roque v.P.R.558 F.2d 606:Burrel v.Swartz 558 F.supp.91:U.S.v.Pratt 645 F.2d 89: Rheuark v.Shaw 628 F.2d 297:and Parker v.Texas 464 F.2d 572 !!!

4. "NOW".."YOU"see upon"MORE"of"MY"COMPETENTLY"consistant"LAZER FOCUSED"intelligence that "THIS"Rockville G.A.19 jury selection process"VIOLATED"MY"statutory and constitutional "RIGHTS".."AN"..That"DECEITFULLY"executed"CORRUPT"plan here specifically"MANIPULATED"the "PROPER"requirements of Jury Selection and Service 28 U.S.C.§1861-1869"ACT"."YES"..Also resulting in disproportionate"IMPROPER"underrepresentation of"PROPER"county sections in "VIOLATION"of"MY RIGHTS"under"EQUAL"Protection Clause of the 5th amendment see U.S.v.Jackson 46 F.3d 322.."SHOWN"here in such egregious"NON"compliance with federal"MANDATE"of"RANDOM" "SELECTIONS"in this"MISCONDUCTED"venire drawn in"MISUSE"and"ABUSE"of"PROPER"delegated clerk "DUTIES"as set forth by 28 U.S.C.§1866(f)...see U.S.v.Kennedy 548 F.2d 604:Berry v.Cooper at 577 F.2d 322...Through of course"DELIBERATE"systematic"EXCLUSION"in this"PROVEN"Rockville G.A.19"ILLEGAL"jury selection process.."YUP"."SO"..Also see Duren v.Missouri 439 U.S.357: U.S.v.Rioux 97 F.3d 648:U.S.v.Gometz 730 F.2d 475:and Davis v.Warden 867 F.2d 1003.."YET"..In contrast with U.S.v."YOUNG"618 F.2d 281.."SO"..Consistantly"RIPE"for"ALL"sustained"RELIEF"as implicated in"YOUNG"at 1288 8,9"RIGHTS NOW"with"NO"further"ACTUAL INJURY"!!!

5. "BUT"..Even"MORE"so...Excluded panel members from sevice for invidious reasons with use of"TACTICAL"unethical"FORCED"judicial(Mullarkey J)"MANUVERS"[T:8-15-13pg23].."YET"another "VIOLATION"of 28 U.S.C.§1862,with a"FACT"verified unconstitutional demonstration also in "VIOLATION"of 28 U.S.C.§1863...Obviously,"ALL"systematic"EXCLUSIONS"clearly"ENABLES"meeting the"BURDEN"of already"SHOWN"substantial"FAILURE"to"COMPLY"with"REQUIREMENTS"of the"ACT"of course"MY"requirement set forth by 28 U.S.C.§1867(a).."AN"...I also contend while"IMPROPERLY" being"DENIED"further"ENTITLED"transcribing with"REFUSED"audio recordings and"RIGHT"to access discovery"ONLY"hampers"ANY"further"ABILITY"another"IMPROPER"curtailment of"MY RIGHTS".."YA".. "NOW"..Demonstrated by"MY"jury selection"EXCERT"obtained 6-6-17"INCOMPLETE"of course"ONLY" just recently 3-3-17"IMPROPERLY"transcribed with"MORE"telling(Mullarkey)"CIRCUS COURT ACTION" [T:8-9-13pg1-29].."AN"..Revealing"MORE"pre-arrainged"CORRUPT"verified"STAGE SETTING"for"YES".. another"TRUE"intentional"SERIOUS"structural"ERROR"in"DECEIT"[T:8-9-13pg29-36].."YUP"..Obviously meeting the extraordinary"CRITERIA"in"THIS HABEAS APPEAL"that is"NEEDED"for being"GRANTED"MY" immediate relief"RIGHTS NOW"with"NO"further"SUFFERING"of"ACTUAL INJURY"!!!

15c

III. "CORRUPT"STATE COURT"SECRET WATER SIGNAL"/"SECRET CODES"

6. "MORE"IMPORTANTLY"..Consistant with new"LAW OF CASE"uncovered in State v."RANDOLPH"at 2011 Conn.Super"LEXIS"125:2011 WL 522092 here"CRIMINAL"KWAK"(KKs)"CORRUPT"judicial"SECRET" "WATER"undisputable"SIGNAL"is"SET UP"in"THIS CASE"at[T:8-26-13pg162]"SEE"3:16-cv-1720(AWT) [Doc.12]"FOUND"at#1..."YA"..Through the states"KNOWN"by"ALL"[Line 9-10] use of"UNCORRECTED" solicited"PERJURY"followed by"PRE-STAGED"Professor"MALPRACTICE"with"NO FURTHER"direct nor "ANY"redirect examination.[T:8-26-13pg163-180]....Also Professor confirmed"HAND"signals at [Line 25-27].."AN"..That"CORROBORATION"is depicted by"SMART"aleck"SECRET CODE"in"MISSING" witness"FORUM"!!! [T:8-28-13pg141]"SEE"3:16-cv-1720(AWT)[Doc.12]"FOUND"at#2#3!!!

7. Then"WE HAVE"the"NON"disclosed"HAND/HEAD"nod prosecutorial"SECRET CODE"(KWAK)judicially "MISCONDUCTED"through"SECRET WATER SIGNAL"for"SECOND"(2)"TIME"at[8-28-13pg141]"SEE"SAME" 3:16-cv-1720(AWT)[Doc.12]"FOUND"at#2,3...With of course the Professors overruled"HEAD"nod "SECRET CODE"objection [pg.92],together with"HIS"[pg.1]"RESPONSE"to(KWAK)"SECRET"inuendo in "LIE"of"DECEIT"are"CORRUPT"intentional"ACTS"manipulating the"ACCURATE"record,an"STAGE SETTING" for"END OF DAY"set up"CARPENTER SCAM"!!![T:8-28-13pg198-201]!!!

8. "SO"..After"MORE"uncorrected"KNOWN"Detective Carpenter"PERJURY"regarding:Why she don't want to be here today"[T:8-29-13pg9-10]"SEE"3:16-cv-1720(AWT)[Doc.12]"FOUND"at#4#5,,,another "MISCONDUCTED"(KWAK)invoked"SECRET CODE"jesture"ENDED"Professor"MALPRACTICE"cross examination, "CORROBORATED"by"HIS"apology to everyone"FOUND"here on [pg.39]..Then undergoing anxiety"PANIC" of"CARPENTER"organized"KNOWN"solicited"PERJURY"her"SECRET SIGNAL"of"RETREAT"is immediately "MET"with"THIRD"(3)(KWAK)"MISCONDUCTED"judicial"SECRET WATER SIGNAL"ending prosecutorial questioning again invoking"NO"Professor Pattis"REDIRECT"[T:8-29-13pg42].."NOW"..This direct prosecutorial"KNOWN"Trooper"BARROWS"solicited"PERJURY"organized"TIMELY"ending is"BEYOND" "absolute certainty"STAGED SETTING"corroborating"CRIMINAL"KWAK"(KKs)"FOURTH"(4)"SECRET WATER" "SIGNAL"for"BARROWS"relayed confirmation"BACK"in affirmative"SECRET CODE"[T:8-29-13pg88-91],,, "AN".."YA"..Undisputably"MUST"provide"MY"immediate relief"RIGHTS NOW"with"NO"further" "SUFFERING"of"ACTUAL INJURY"!!!

9. "HERE"...Corroboration of"MORE"Rockville GA 19"SECRET SIGNAL"use in Tolland County "CODE"of ongoing Corporate"CORRUPTION"is"PROVEN"by"SFERRAZZA"Court with constitutional verification.[EXHIBIT 1].."YES"..With"MOORE"a"BLATANT"inapplicable"SUA SPONTE"judicial "CORRUPT"doctrine in"SFERRAZZA"deliberate"BY PASS"procedural"RULE OF EVIL",yes,"HIS"spoken "CODE"is an indisputable"CREATION"to"CLEARLY"thwart"JUSTICE"for"ALL"..see Barlow v.Comm. of Corr.166 Conn.App.408(quoting)150 Conn.App.781 at[EXHIBIT 2,3]!!!

16c

10."NOW."..Even"MOORE"outlined"SFERRAZZA"Habeas"RULE OF EVIL"deliberate"BY PASS",contrary to"ALL"articulated"FACTS"that"IS"incapatible with constitutional"RULE OF LAW",yes,recently "PROMOTED"by Connecticut"SUPREME"Court opinion.2019 Conn.LEXIS 158;2019 WL 2494788."FOUND" here at[EXHIBIT 4]!!!

11."SPECIAL NOTE."..This"PATTERN"is"SAME"verified"REITERATION"in"MIMIC"with"MY"already demonstrated constitutional"PROOF",corroborating"MERITS"of"CRIMINAL"judicial"MISCONDUCT"by "DISHONOR"of"SAMUAL SFERRAZZA".."AN"...Consistant with"DISHONORABLE"recent(2019)"BEDROCK" GA 19"ACTIONS"of"JOHN M.NEWSOM"along"SEVERAL"others as"FOUND"in"BOTH MY"civil"R.I.C.O" 18 U.S.C.§1961-67"CAUSE OF ACTIONS".."YES" Pending in this U.S."SUPREME"Court at NO.19-8284!

Wherefore with"RESPONDENTS"stated position in"EXERSIZE"of"FIFTH"amendment"SILENCE"!!!YA". Under"MY COMPETENTLY"articulated compliant"SHOWING"petitioner explicitly request the constitutional"AUTHORITY"of"SUPREME"Court"CHIEF"Justice"JOHN ROBERTS"under"GREAT HONORABLE" 28 U.S.C.§ 2601 to"TAKE"expeditious"CORRECTIVE ACTION"and"GRANT"this"EMERGENCY"declaration, then"ORDER MY"immediate"ENLARGEMENT"on"PERSONAL RECOGNIZANCE"pending"MY FINALITY"in above "ENTITLED"forgoing"REALM"of jurisdictional"SUBJECT MATTER"!!!

<div style="text-align:right">
EXPLICITLY SUBMITTED<br>
BY: M-Y "Factual Innocence"!!!<br>
MICHAEL A.YOUNG
</div>

The"SOLE FORCES"of"TOP SECRET SPECIAL"intelligence eliminating"ALL"forum of malicious"LAW"!!)

<div style="text-align:center">DECLARATION UNDER 18 U.S.C.§1621/28 U.S.C.§1746</div>

I,Michael A.Young declare in"TRUTH"affidavit process,certified under penalty of"PERJURY" that the information in this application is"TRUE"and"ACCURATE"to the"BEST"of"MY"knowledge an intelligence which"CAN ONLY"be"REBUTED"by"SAME"in"RESPONSE"thereto.Filed under"SUPREME" Court"RULE 29.2"procedure for the benefit of"TIMELY"filing...The undersigned further declares that"HE"is the petitioner in this"ACTION"and"HIS"forgoing application was mailed first-class postage prepaid on April 30,2020 placed in the institutions"LEGAL"mail system"AN"... "AN" "Then AGAIN May 20,2020!!!

Executed at Cheshire CI.Cheshire CT.on April 30,2020. "AN"... "AGAIN" May 20,2020!!! BY: M-Y "Factual Innocence"!!!
MICHAEL A.YOUNG

<div style="text-align:center">FURTHER DECLARATION UNDER 18 U.S.C.§1621/28 U.S.C.§1746</div>

I,Michael A.Young further"DECLARE"this"SUPREME"Court"RULE 21"motion is further certified as"COMPETENT"compliant application under"RULE 22"for"ENTITLEMENT"as set forth by"OUR"U.S. "SUPREME"Court"RULE 36.3(a),(b)and 36.4 applicable"RELIEF"!!!

<div style="text-align:right">
BY: M-Y "Factual Innocence"!!!<br>
MICHAEL A.YOUNG
</div>

<div style="text-align:center">4</div>

17C

No. 19-8436

IN THE

SUPREME COURT OF THE UNITED STATES

In Re
Michael A. Young — PETITIONER
(Your Name)

VS.

Ned Lamont Et. Al. — RESPONDENT(S)

**PROOF OF SERVICE**

I, Michael A. Young do swear or declare on April 30th, 2020 as required by this U.S."SUPREME"Court"RULE 29"that I have"SERVED"the enclosed: MOTION APPLICATION FOR"EMERGENCY"RULE 36"DECLARATION TO ENLARGEMENT ON PERSONAL RECOGNIZANCE PENDING"FINALITY"on (1) Connecticut Attorney General, William Tong, 55 Elm Street, Hartford CT. 06106...(2) U.S. Attorneys Office for the District of Connecticut, Connecticut Financial Center, 157 Church Sreet, New Haven CT. 06510..(3) U.S. Attorneys Office for the Southern District of New York, 1 Saint Andrews Plaza, New York, N.Y. 10007...(4) U.S. Solicitor General, Room 5616, Department of "JUSTICE", 950 Pennsylvania Avenue, N.W. Washington D.C. 20530-0001.."AN"..The forgoing document(s) in this"ACTION were mailed first-class postage prepaid on April 30th, 2020 placed in the institutions "LEAGAL"mail system...Then"AGAIN"on May 20, 2020!!!

I declare under penalty of"PERJURY"that the forgoing is"TRUE"and"CORRECT"..

Executed at Cheshire CI. Cheshire CT. on April 30th, 2020...Then May 20, 2020!!!

BY: MAY "Factual Innocence"!!!
MICHAEL A. YOUNG

18c

# Exhibit #1

19c



OFFICE OF
**THE CHIEF STATE'S ATTORNEY**
300 CORPORATE PLACE
ROCKY HILL, CONNECTICUT 06067
PHONE (860) 258-5800   FAX (860) 258-5858

# Memorandum

---

**TO:** Michael Gailor
Executive Assistant State's Attorney

**FROM:** Michael Sullivan
Chief Inspector

**DATE:** 02/02/2017

**SUBJECT:** Allegations Made by Court Reporter Lori Guegel

At your direction I initiated an investigation into the allegations made by Court Reporter Lori Guegel.

On 01/06/2017 (1300 hours) I met with Guegel at the Tolland County Courthouse. I had previously spoken to Guegel by telephone and explained my inquiry to her. She indicated she had spoken to her supervisor and would meet with me. Guegel presented as very reluctant to speak with me. It was clear that she felt her job was in jeopardy. We spoke for at least ten minutes before she agreed to speak with me about the allegations she initiated.

Guegel stated she was the court reporter on the matter of Daniel Diaz v. Warden (12/07/2016.) She believed the trial last four days. Guegel reported the first three days were uneventful.

Guegel stated that on the fourth day SASA Mary Rose Palmese was testifying. Guegel explained that her position in the courtroom faces the gallery. The witness and the judge are behind her. Guegel stated she can see the gallery but cannot see the witness or the judge. Guegel stated there was one male in the gallery, believed to be sitting in the second row, behind Daniel Diaz. Guegel stated she later learned from Defense Attorney Stephanie Evans that this male was Jerry Chrostowski.

Guegel stated that Palmese was testifying for approximately one hour. Guegel stated that approximately six (6) times she observed hand signals being made by Chrostowski to Palmese. Guegel stated that on each of these occasions the defense attorney would ask Palmese a question. Palmese would start to answer and receive a hand signal from Chrostowski. Each time the judge would interrupt or let her finish and then state the answer

20C



OFFICE OF
**THE CHIEF STATE'S ATTORNEY**
300 CORPORATE PLACE
ROCKY HILL, CONNECTICUT 06067
PHONE (860) 258-5800   FAX (860) 258-5858

# Memorandum

that Palmese meant to answer. Guegel stated that on each of these occasions Chrostowski and SASA Jo Anne Sulik would cover their faces and laugh.

Guegel was asked to explain the hand signals. Guegel described one as a motion of the hand near the neck and the other as a motion of the hand by the side of the head.

Guegel stated that the next witness to testify was a "cop" (Attorney Frank Canace.) Guegel stated the defense attorney starting to ask questions about hand signals being used in a prior trial. Guegel stated, "that's when it fully hit me." Guegel stated she then realized that Chrostowski had been signaling Palmese.

Guegel stated that it appeared to her that the Judge, Palmese, and Chrostowski were working in a coordinated fashion. She believes that the Judge was interrupting Palmese and then answering the questions for her.

Guegel stated that during a break she ran into the defense attorney on the elevator. Guegel advised the defense attorney what she had observed.

Guegel stated if she looked at the transcript she would be able to point out the parts of the testimony where the signaling took place. Guegel stated she was not allowed to type the transcript and directed me to her supervisor, Sharon Rosato. Guegel agreed to meet at a later time to review the transcript when it was obtained by me.

I met with Sharon Rosato immediately after Guegel and ordered the transcript.

Temporary Assistant Clerk (TAC) Mary Clark was interviewed on 01/06/2017. Clark stated she was the Clerk in the courtroom on 12/07/2016 in the case of Daniel Diaz v. Warden.

Clark stated that she sits to the right of the Judge and in front of the Petitioner. The witness sits to the left of the Judge. Clark stated she cannot see the witness from her position. Clark stated she did see one male in the gallery (Chrostowski) sitting behind the Petitioner. Clark stated she did not see Chrostowski making hand signals to the witness. Clark stated she did not see the Judge cut off the witness or suggest answers to the witness.

Clark stated she was aware of the general allegations in this case as a result of hearing from others in the courthouse.



OFFICE OF
**THE CHIEF STATE'S ATTORNEY**
300 CORPORATE PLACE
ROCKY HILL, CONNECTICUT 06067
PHONE (860) 258-5800   FAX (860) 258-5858

# Memorandum

On 01/06/2017 I interviewed Judicial Marshal Rick Barile. Barile was one the marshal's assigned to the case of Daniel Diaz v. Warden on 12/07/2016. Barile stated he did see one male in the gallery behind the Petitioner. Barile did not see any hand signals being made by this male. Barile stated the Judge did nothing out of the ordinary during the trial.

Barile stated that Palmese was an authoritative figure and didn't need any directions during her testimony. It was clear to Barile that Palmese didn't like being questioned and was used to being the one asking the questions.

Michael Pio (Lead Marshal) identified Pat Coomey as the second marshal assigned to the Daniel Diaz v. Warden courtroom on 12/07/2016. I interviewed Coomey on 01/06/2017. Coomey stated he had no recollection of being in the courtroom. Coomey stated that if nothing out of the ordinary happened then each day blends together and he couldn't differentiate 12/07/2016 from any other day.

On 02/01/2017 I met with Guegel at the Tolland County Courthouse a second time. Guegel was given a copy of the transcript from 12/07/2016 and asked to point out the areas of the transcript where she alleges signals were involved. Guegel agreed to do so and asked if she could read and absorb the transcript first and meet with me another date. I asked Guegel to read the transcript and makes notations where certain things happened. She agreed to do so.

Guegel was asked to explain her statement to Judge Bright that Diaz had been wrongfully convicted. Guegel stated that she formed this "opinion" during Canace's testimony. Canace testified that he was also a police officer and did not advise Diaz of this fact. This formed the basis of Guegel's "opinion."

I also advised Guegel that in reviewing the transcript it was apparent that Evan's reference to hand signals in a prior trial was a trial not related to Diaz. Guegel stated she did not know what trial Evan's was referring to. The testimony just made her realize what was happening in Diaz's trial.

On 02/02/2017 I received a telephone call from Guegel. Guegel stated she was "not comfortable with speaking to [me] again." Guegel stated that her supervisor advised her today that she (supervisor) would be docking Guegel's pay for the time she spent speaking to me on 02/01/2017. Guegel stated she knows that her allegations have put her on people's

22C



OFFICE OF
**THE CHIEF STATE'S ATTORNEY**
300 CORPORATE PLACE
ROCKY HILL, CONNECTICUT 06067
PHONE (860) 258-5800   FAX (860) 258-5858

# Memorandum

"radar." As a result of her pay being docked Guegel feels that her job is in jeopardy. Guegel stated she would not meet with me again and will be returning the transcript to me.

End.

23c

# Exhibit #2

"SEE"... Alison Barlow v. Comm. of Corr. 166 Conn. App. 408 !!!
at [APPENDIX H.] !!!

24c

# Exhibit #3

"SEE"... Alison Barlow v. Comm. of Corr. 150 Conn. App. 781 !!!
at [APPENDIX H.] !!!

25c

header

*Birch v. Comm'r of Corr.*

Supreme Court of Connecticut

October 11, 2018, Argued; June 14, 2019[*], Decided

SC 20136

# Exhibit #4

at [APPENDIX H.] !!!

26c

---

[*] June 14, 2019, the date that this decision was released as a slip opinion, is the operative date for all substantive and procedural purposes.

James Mortimer