UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRE MCPHERSON, *ET AL.*, | : | CIVIL NO. 3:20-CV-0534 (JBA) |
| *Petitioners*, | : | |
| | : | |
| v. | : | |
| | : | |
| NED LAMONT, *ET AL.*, | : | FEBRUARY 26, 2021 |
| *Respondents.* | | |

## RESPONDENTS' STATUS REPORT

Pursuant to Order of the Court the respondents report that the settlement agreement between the parties has expired.  Prior to its expiration, the parties engaged in further negotiations in an attempt to extend the agreement.  However, no agreement could be reached.  Therefore, by operation of the agreement, it terminated on December 31, 2020.  Respondents agree that it does not appear that there are any outstanding motions to re-open currently pending with this court.  Regardless, per the terms of the agreement "29. Upon termination, without the need for any further order of any state or federal court, all jurisdiction of any court to enforce this Agreement shall end. In the event any motions or proceedings are pending on or after December 31, 2020, the Court shall be bound to dismiss any such motions or proceedings."

        RESPONDENTS,
        NED LAMONT, *et al*,

        WILLIAM TONG
        ATTORNEY GENERAL

BY:   /s/ *James W. Donohue*
        James W. Donohue
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct28566
        E-Mail:  james.donohue@ct.gov
        Tel: (860) 808-5450
        Fax: (860) 808-5591

BY: /s/ Terrence M. O'Neill
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct10835
E-Mail: Terrence.oneill@ct.gov
Tel: (860) 808-5450
Fax: (860) 808-5591

BY:
_____
James M. Belforti
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
Fax:  (860) 808-5591
Federal Bar No. ct30449
E-Mail:  james.belforti@ct.gov

BY: /s/ Steven R. Strom
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
Federal Bar #ct01211
E-Mail:  steven.strom@ct.gov

## CERTIFICATION

I hereby certify that on February 26, 2021 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ James W. Donohue
James W. Donohue
Assistant Attorney General